UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel* : <br> MELANIE DUHAINE, : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> APPLE HEALTH CARE, INC. : <br> Defendant. : <br> : | CIVIL ACTION NO. <br> 3:19-cv-00963 (KAD) <br><br><br><br><br><br> MAY 27, 2021 |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant, Apple Health Care, Inc., respectfully moves to dismiss Relator Melanie Duhaine's Complaint alleging a violation of 31 U.S.C. §§ 3729 *et seq*., (the "False Claims Act"). The Complaint must be dismissed because Relator has failed to state a claim upon which relief can be granted, as set forth more fully in the accompanying memorandum of law.

First, Relator fails to allege with plausibility and particularity any violation of the False Claims Act by failing to allege specific facts as to a single false claim and/or a fraudulent scheme. Second, Relator fails to allege that Defendant actually submitted a false claim to the government for payment. Third, Relator fails to allege sufficient facts to support any inference that Defendant acted with the required scienter. Fourth, Relator fails to allege that Defendant's purported non-compliance with any regulation was material to the government's payment decision. Fifth, Relator fails to allege particular facts regarding any false claims submitted to the government from any of Defendant's other 25 rehabilitation facilities. Sixth, Relator fails

**ORAL ARGUMENT REQUESTED**

to allege particular, detailed facts related to conduct that pre-dates or post-dates Relator's four months of employment.  Given the magnitude of these pleading shortcomings, Relator's Complaint should be dismissed with prejudice.

        DEFENDANT:
        APPLE HEALTH CARE, INC.

        By: *Louis R. Pepe (ct04319)*
            Louis R. Pepe (ct04319)
            Thomas G. Librizzi (ct04647)
            Laura W. Ray (ct07437)
            McElroy, Deutsch, Mulvaney &
              Carpenter, LLP
            One State Street, 14th Floor
            Hartford, CT 06103
            Phone: 860-522-5175
            Fax: 860-522-2796
            lpepe@mdmc-law.com
            tlibrizzi@mdmc-law.com
            lray@mdmc-law.com

3

**CERTIFICATE OF SERVICE**

    I certify that on May 27, 2021, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing.  The Parties may access this filing through the court's CM/ECF system.

                                             *Louis R. Pepe (ct04319)*
                                             Louis R. Pepe